**Johanna BELL, Plaintiff–Appellant,**

v.

**FARMERS INSURANCE; Mid Century Insurance, Defendants–Appellees.**

No. 05–10432.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 23, 2006.

Johanna Bell, Arlington, TX, pro se.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Johanna Bell appeals the district court's dismissal of her civil suit without prejudice for want of service. Bell has failed to brief, and has thus abandoned, the issue whether the district court erred in determining that her suit should be dismissed due to her failure to effect service on the

---

defendants. *See Yohey v. Collins,* 985 F.2d 222, 225 (5th Cir.1993); *Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir.1987); *see also* FED. R.APP. P. 28(a)(9). Consequently, Bell's appeal is DISMISSED AS FRIVOLOUS. *See Howard v. King,* 707 F.2d 215, 220 (5th Cir.1983); 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.